IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANK CHEUNG,

    Petitioner,                 No. CIV-S-09-3535 JAM DAD P

    vs.

D.K. SISTO, Warden,

    Respondent.             ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Still pending before the court is petitioner's February 19, 2010 motion to proceed in forma pauperis.

        The record indicates that the motion filed February 19, 2010 is duplicative. By order filed February 17, 2010, the court granted petitioner's February 9, 2010 application to proceed in forma pauperis. Accordingly, IT IS HEREBY ORDERED that petitioner's February 19, 2010 motion to proceed in forma pauperis (Doc. No. 12) is denied as moot.

DATED: May 17, 2010.

                                                     /s/ Dale A. Drozd
                                                     DALE A. DROZD
                                                     UNITED STATES MAGISTRATE JUDGE

DAD:sj
cheu3535.ifp